## WELLS MILLER, A MINOR, BY WILLIAM MILLER, NEXT FRIEND, *versus* JOHN KINZIE

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Time for filing declaration extended *p. 355; (2) continued to next term *p. 446; (3) jury trial, verdict *p. 494; (4) motion for new trial, reasons filed *p. 496. *Journal 4:* (5) Motion for new trial overruled, motion for judgment on verdict MS p. 46; (6) time given for filing reasons in arrest of judgment MS p. 51; (7) judgment MS p. 52.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) affidavit for bail filed in county court; (4) deposition of Lewis Thompson filed in county court; (5) stipulation for use of deposition in Supreme Court; (6) recognizance and bail piece; (7) deposition envelope; (8) declaration; (9) plea of not guilty; (10) deposition envelope; (11) precipe for subpoena; (12) subpoena; (13) deposition of William Bridgeman; (14) precipe for subpoena; (15) subpoena; (16) deposition of Holden Allen, Jr.; (17) deposition envelope; (18) precipe for subpoena; (19) subpoena; (20) precipe for subpoena; (21) subpoena; (22) precipe for subpoena; (23–24) subpoenas; (25) verdict; (26) reasons for new trial. *1822–23 Calendar*, MS p. 2. Recorded in *Book C*, MS pp. 15–19.